**United States District Court**
For the Northern District of California

**\*E-Filed 5/13/11\***

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

PEOPLE OF STATE OF CA,   No. C 11-01985 RS

    Plaintiff,

  v.   **CLERK'S NOTICE**

ARDITH HUBER,

    Defendant.

_____/

TO ALL PARTIES AND COUNSEL OF RECORD:

    A Case Management Conference in the instant case shall be held on **August 11, 2011 at 10:00 a.m.** in Courtroom 3 on the 17th Floor of the United States Courthouse, 450 Golden Gate Avenue, San Francisco. The parties shall file a Joint Case Management Statement at least one week prior to the Conference. *See* Standing Order Re: Initial Case Management (*available at* http://www.cand.uscourts.gov/pages/424). Parties or counsel may appear personally or file a request to appear by telephone. If any party files such a request, all parties shall appear telephonically and must contact Court Conference at 866/582-6878 at least one week prior to the Conference.

Dated: 5/13/11    For the Court,
      RICHARD W. WIEKING, Clerk

      By: *Corinne Lew*
      Courtroom Deputy Clerk