1  KAMALA D. HARRIS
   Attorney General of California
2  KAREN LEAF
   Senior Assistant Attorney General
3  DENNIS ECKHART
   Deputy Attorney General
4  JEANNE FINBERG
   Deputy Attorney General
5  PHILLIP S. PRIESMAN
   Deputy Attorney General
6  State Bar No. 249068
     110 West A Street, Suite 1100
7    San Diego, CA 92101
     P.O. Box 85266
8    San Diego, CA 92186-5266
     Telephone: (619) 525-4279
9    Fax: (619) 645-2061
     E-mail: Phil.Priesman@doj.ca.gov
10 *Attorneys for Plaintiff*
   *People of the State of California*

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| THE PEOPLE OF THE STATE OF CALIFORNIA, ex rel. Kamala D. Harris, Attorney General of the State of California,<br><br>Plaintiff,<br><br>v.<br><br>ARDITH HUBER, individually, dba HUBER ENTERPRISES, and DOES 1 through 20 inclusive,<br><br>Defendants, | Case No. 11-cv-01985 RS<br><br>[~~PROPOSED~~] ORDER PER STIPULATION SETTING HEARING DATES ON MOTION TO REMAND, MOTION TO DISMISS, AND BRIEFING SCHEDULE<br><br>Courtroom: 3<br>Judge:     The Hon. Richard Seeborg |

WHEREAS, the People of the State of California ("California") filed a complaint for injunction, civil penalties and other relief in the Superior Court of the State of California in and for the County of Humboldt, case number DR110232, on March 8, 2011.

1  WHEREAS, Ardith Huber, dba Huber Enterprises ("Huber") filed a Notice of Removal on April 22, 2011.

WHEREAS, Huber filed a Motion to Dismiss with this Court on May 13, 2011.

WHEREAS, the People filed a Motion for Remand with this Court on May 19, 2011.

WHEREAS, the Court has scheduled a hearing on the Motion to Dismiss for June 30, 2011 at 1:30 p.m.

WHEREAS, in the interest of judicial economy, the People have requested and Huber has agreed that the Court consider and rule on the People's Motion to Remand before the Court considers Huber's Motion to Dismiss.

WHEREAS, Local Rule 6-1(b) requires a court order for any enlargement or shortening of time that alters an event or deadline already fixed by Court order or that involves papers required to be filed or lodged with the Court.

NOW THEREFORE, by and through their respective counsel, the People and Huber hereby stipulate and agree to the following:

(1) The Court will hear argument on the People's Motion for Remand on June 30, 2011, at 1:30 p.m.

(2) The Court will reset Defendant's Motion to Dismiss currently set for June 30, 2011 and instead hear argument on that motion (if it is not moot) on August 25, 2011, at 1:30 p.m., or some date thereafter, if the Court has not yet ruled on the People's Motion for Remand by that date.

///
///
///
///
///
///
///

1  The People shall have at least thirty (30) days after the Court rules on the Motion for
2  Remand to file their opposition to the Motion to Dismiss in the event they lose their Motion for
3  Remand and the Motion to Dismiss is set.  Defendant shall have at least 14 days to file its reply
4  brief.

6  IT IS SO STIPULATED

8  Dated: May 19, 2011

   By:  /s/ Phillip Priesman
        Phillip S. Priesman
        Deputy Attorney General
        Attorneys for the People of the State of
        California

13 Dated: May 19, 2011

   By:  /s/ Michael Robinson
        Michael A. Robinson
        Fredericks, Peebles & Morgan LLP
        Attorneys for Ardith Huber, individually,
        dba Huber Enterprises

23 PURSUANT TO STIPULATION, IT IS SO ORDERED

25 Dated: 5/24/11

   _____
   Judge Richard G. Seeborg

PSP:cs
SA2010300028
80505433.doc