Michael A. Robinson (State Bar. No. 214666)
FREDERICKS PEEBLES & MORGAN LLP
2020 L Street, Suite 250
Sacramento, CA 95814
Telephone: (916) 441-2700
Facsimile: (916) 441-2067

Attorneys for Defendant
Ardith Huber, individually, dba Huber Enterprises.

*E-Filed 6/9/11*

# UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| People of the State of California ex rel. Kamala D. Harris, Attorney General of the State of California,<br><br>Plaintiff,<br><br>-v.-<br><br>ARDITH HUBER, individually, dba HUBER ENTERPRISES, and DOES 1 through 20 inclusive<br><br>Defendant. | Case No.: C 11-01985 RS<br><br>**[PROPOSED] ORDER PER STIPULATION MODIFYING HEARING DATE AND BRIEFING SCHEDULE FOR MOTION TO REMAND**<br><br>Courtroom: 3<br>Judge: Hon. Richard G. Seeborg |

WHEREAS, the People of the State of California ex rel. Kamala D. Harris, Attorney General of the State of California (hereinafter "California") filed a complaint for injunction, civil penalties and other relief in the Superior Court of the State of California in and for the County of Humboldt, case number DR110232, on March 8, 2011.

WHEREAS, California served its summons and complaint on Ardith Huber, individually, dba Huber Enterprises (hereinafter "Huber") on March 23, 2011.

WHEREAS, Huber filed a Notice of Removal on April 22, 2011.

WHEREAS, California filed a Motion to Remand on May 19, 2011.

///

1
[PROPOSED] ORDER PER STIPULATION MODIFYING HEARING DATE AND BRIEFING SCHEDULE ON MOTION TO REMAND
(11-cv-01985)

FREDERICKS PEEBLES
& MORGAN LLP
2020 L ST., STE. 250
SACRAMENTO, CA

WHEREAS, by Stipulated Court Order dated May 26, 2011, the Court set a hearing date and briefing schedule as follows:

(1) Huber shall file its Opposition to the Motion to Remand ("Opposition") no later than June 9, 2011;

(2) California shall file its Reply to Huber's Opposition ("Reply") no later than June 16, 2011;

(3) The Court shall hear argument on the Motion on June 30, 2011 at 1:30 p.m.

WHEREAS, due to a personal medical reasons of counsel, Huber has requested and California has agreed to an extension of time to file Huber's Opposition to June 20, 2011.

WHEREAS, in light of the extension to file Huber's Opposition, California has requested and Huber has agreed to an extension of time to file California's Reply to June 27, 2011.

WHEREAS, in light of the above referenced extensions, the parties have agreed to continue the hearing on the motion to remand to July 14, 2011, at 1:30 p.m.

WHERAS, Local Rule 6-1(b) requires a court order for any enlargement or shortening of time that alters an event or deadline already fixed by Court order or that involves papers required to be filed or lodged with the Court.

NOW THEREFORE, by and through their respective counsel of record, Huber and California hereby stipulate and agree to the following:

(1) The Court will hear argument on California's Motion to Remand on July 14, 2011, at 1:30 p.m.

(2) Huber shall file its Opposition on or before June 20, 2011.

(3) California shall file its Reply on or before June 27, 2011.

IT IS SO STIPULATED.

DATED: June 8, 2011                    **FREDERICKS PEEBLES & MORGAN LLP**

By: /s/ Michael A. Robinson
Michael A. Robinson
Attorneys for Ardith Huber,
individually, dba Huber Enterprises

DATED: June 8, 2011

By: /s/ Phillip Priesman
Phillip S. Priesman
Deputy Attorney General
Attorneys for the People of the State of California

PURSUANT TO STIPULATION, IT IS SO ORDERED.

_6/8/11_
Date

_____
Hon. Richard G. Seeborg